Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 20, 1961

**No. 66304.**—Werner Strauss & Co. and Arthur J. Fritz & Co. v. United States, protest 61/4792 (San Francisco).

Opinion by RICHARDSON, J.   The protest was dismissed.

BEFORE THE FIRST DIVISION, DECEMBER 21, 1961

**No. 66305.**—Ross Products, Inc. v. United States, protests 61/3854 and 60/30116 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of metal birds similar in all material respects to those the subject of Abstract 65633, the claim of the plaintiff was sustained.

**No. 66306.**—Aimcee Wholesale Corp. and W. J. Byrnes & Co. of N.Y., Inc., et al. v. United States, protests 60/2870, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

**No. 66307.**—James G. Wiley Co., a/c Authentic Furniture Products v. United States, protests 59/22131, 59/31900, and 60/1944 (Los Angeles).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of wall shelves similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

**No. 66308.**—Authentic Furniture Products v. United States, protests 60/4220, etc. (Los Angeles).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of wall shelves similar in all material respects to those the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

**No. 66309.**—Design International Corp. v. United States, protest 61/8389 (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of wall-hung furniture similar in all material respects to that the subject of *Fabry Associates, Inc.* v. *United States* (45 Cust. Ct. 88, C.D. 2203), the claim of the plaintiff was sustained.

**No. 66310.**—American Bitumuls & Asphalt Co. v. United States, protests 58/2129(B)–15206, etc. (New Orleans).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiff was sustained.

**No. 66311.**—Paul E. Sernau, Inc., et al. v. United States, protests 60/22640, etc. (New York).